IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-02592-WYD-MJW

JETAIME ESQUIBEL,

    Plaintiff,

v.

JEFFERSON CAPITAL SYSTEMS, LLC, a Georgia limited liability company,

    Defendant.

## ORDER OF DISMISSAL

    THE COURT, having reviewed Plaintiff's Notice of Dismissal With Prejudice filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) on December 28, 2015, and being fully advised in the premises, hereby

    ORDERS that this case is **DISMISSED WITH PREJUDICE**, with each party to pay her or its own attorney's fees and costs.

    Dated:  December 29, 2015.

                                   BY THE COURT:

                                   */s/ Wiley Y. Daniel*
                                   WILEY Y. DANIEL,
                                   SENIOR UNITED STATES DISTRICT JUDGE